UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,                     **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                -against-

                                                                     -CR-     ( )( )

                                                Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_____                *Margaret Shalley*_____
Defendant's Signature                                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____               _____
Print Defendant's Name                                          Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

   3/11/21
_____                                _____
Date                                                            U.S. District Judge/U.S. Magistrate Judge